UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ALEJANDRO ALDAPE,** | )<br>) |
| Petitioner, | ) Case No. CV 11-9121 JSL (AJW)<br>) |
| v. | )<br>) ORDER ACCEPTING REPORT AND |
| **C. GIBSON, WARDEN,** | ) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: Jan. 26, 2012

*/s/ Spencer Letts*

_____
J. Spencer Letts
United States District Judge