UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ALEJANDRO ALDAPE,** | Case No. CV 11-9121-JSL(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| C. GIBSON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: Jan. 26, 2012

*Spencer Letts*
_____
J. Spencer Letts
United States District Judge