UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO ALDAPE, ) | Case No. CV 11-9121-JSL(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| C. GIBSON, Warden, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: Jan. 26, 2012

_____
J. Spencer Letts
United States District Judge